RECEIVED
DC, WESTERN DISTRICT OF
TONY R. MOORE, CLERK
8 / 4 / 15  yt

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK MCNEAL (#203324) | DOCKET NO. 15-cv-1501; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *writ of habeas corpus* be and is hereby **DENIED AND DISMISSED WITH PREJUDICE** because Petitioner's claims are barred by the one-year limitations period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 3rd day of August, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE